HORACE H. RAPALYEA, Respondent, *v.* MALCOLM ANDERSON,
Appellant.

*Rapalyea* v. *Anderson,* 7 App. Div. 612, appeal dismissed.
(Submitted March 15, 1897; decided March 26, 1897.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered July
13, 1896, which affirmed an order of Special Term denying a
motion to vacate a judgment entered upon a verdict directed
by the court.

*Hector M. Hitchings* for appellant.

*Thomas M. Rowlette* for respondent.

Appeal dismissed, with costs; no opinion.
All concur.

---

SAMUEL C. TOWNSEND et al., Respondents, *v.* GEORGE A.
CHAPIN, Defendant; JOHN C. WILSON, Execution Creditor,
Appellant.

*Townsend* v. *Chapin,* 9 App. Div. 621, appeal dismissed.
(Argued March 15, 1897; decided March 26, 1897.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered Sep-
tember 21, 1896, which affirmed an order of Special Term
denying a motion to vacate an attachment.

*George A. Baker* for appellant.

*Charles H. Fuller* for respondents.

Appeal dismissed, with costs; no opinion.
Concur: ANDREWS, Ch. J., GRAY, BARTLETT and MAR-
TIN, JJ.
Dissent: O'BRIEN, HAIGHT and VANN, JJ.